# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| CHRISTINA DURAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CIR, LAW OFFICES LLP,<br><br>    Defendants. | ED CV 12-2169 TJH (SPx)<br><br><br>Judgment<br>[JS-6] |

Pursuant to Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment,

It is Ordered, Adjudged and Decreed that judgment be, and hereby is, Entered in favor of Plaintiff and against Defendant in the amount of $2,001.00, plus reasonable attorney's fees and costs accrued through the date of acceptance of Defendant's offer of judgment.

Date:  September 18, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge