UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA DURAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:12-cv-02169-TJH-SP |
| CIR, LAW OFFICES, LLP, | ) **[JS-6]** |
| Defendant. | ) |

## ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 16, 2013

Honorable TERRY J. HATTER, JR.,
United States District Judge